UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20404-CIV-UNGARO/SIMONTON

**MARBOLO, LLC, a Florida Limited Liability Company,**

    Plaintiff,

v.

**SWIRE PACIFIC HOLDINGS, INC., a Delaware corporation,**

    Defendant.
_____/

### REPORT AND RECOMMENDATION REGARDING DEFENDANT SWIRE PACIFIC HOLDINGS, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS

Presently pending before the Court is Defendant's Motion for Attorney's Fees and Costs (D.E. # 8). This motion is referred to the undersigned Magistrate Judge (D.E. # 9). The deadline for responding to the Motion was April 30, 2009, and no response has been filed to date. Following a careful review of the record as a whole, it is hereby recommended that Defendant's Motion for Attorney's Fees be GRANTED, by default.

In the Complaint, Plaintiff Marbolo, LLC ("Marbolo") alleges that it entered into a contract for the construction and sale of a condominium apartment in Miami, Florida; and, that Defendant Swire Pacific Holdings, Inc. ("Swire") violated the Interstate Land and Sales Full disclosure Act ("ILSA") 15 U.S.C. §§ 1701, *et seq.*, in connection with that contract (D.E. # 1, Ex. 1). In the instant motion, Defendant asserts that the contract at issue contains a provision which states that, "in the event of any litigation between the parties under this agreement, the prevailing party shall be entitled to reasonable attorneys', paralegals['] and para-professionals['] fees and the court costs at all trial and

appellate levels" (D.E. # 8 at 2).  As a result, Swire seeks $3,788.00, consisting of $3,438.00 in attorneys' fees and $350.00 in costs. *Id*.

Following its removal of this case on February 17, 2009 (D.E. # 1), Swire filed a motion to dismiss, claiming Marbolo's cause of action was time-barred. (D.E. # 2). The District Court granted Swire's motion, finding that the statute of limitations under ILSA had run and, therefore, the District Court dismissed the case with prejudice. (D.E. # 6). Thus, Swire is the prevailing party in this matter.

Pursuant to Local Rule 7.1 C., this Court may grant the instant motion by default based on Marbolo's failure to file a timely response.  Moreover, the undersigned finds that the requested fees and costs are reasonable.

Swire is entitled to $3,438.00 in attorney's fees, because its attorneys and paralegals have expended 8.4 hours in this case. (D.E. # 8, Ex. A). Specifically, Stephen J. Binhak, Esq. (a shareholder in the law firm with 19 years of experience) spent 2.6 hours at an hourly rate of $575.00; Danielle N. Garno, Esq. (an associate at the law firm with 9 years of experience) spent 5.6 hours at an hourly rate of $340.00; and, Karen Castillo (a paralegal with 28 years of experience) spent 0.2 hours at an hourly rate of $195.00.  *Id*.[1]

In addition, Swire is entitled to the cost of filling fees in the amount of $350.00 (D.E. # 8 at 7).  *See* 28 U.S.C. § 1920.

Accordingly, it is hereby

---

[1] In connection with its motion for fees and costs, Swire filed the Declaration of Scott M. Diamond, Esq., an attorney who has practiced in this district for 16 years and who reviewed the relevant records in this matter.  In his Declaration, Mr. Diamond averred that the hourly rates of the attorneys and the number of hours spent on the litigation were reasonable and necessary (D.E. # 8, Ex. B).

**RECOMMENDED** that Defendant Swire Pacific Holdings, Inc.'s Verified Motion for Attorney's Fees (D.E. # 8) be **GRANTED** by default and that Defendant be awarded $3,438.00 in attorneys' fees, and $350.00 in costs, for a total award of $3,788.00 to be assessed against the Plaintiff.

Pursuant to S.D. Fla. Magistrate Judge Rule 4(b), the parties shall have ten days from the service of this Report and Recommendation to file written objections to this Report and Recommendation. Failure to file objections timely shall bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND SUBMITTED** in chambers in Miami, Florida on July 13, 2009.

*/s/ Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies Furnished to:
The Honorable Ursula Ungaro
United States District Judge
Al counsel of record