UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20404-CIV-UNGARO

MARBOLO, LLC, a Florida Limited
Liability Company,

    Plaintiff,

v.

SWIRE PACIFIC HOLDNGS, INC., a
Delaware corporation,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Defendant's Motion for Attorney's Fees and Costs (D.E. 8).

THE MATTER was referred to the Honorable Andrea Simonton, United States Magistrate Judge. (D.E.9.)  A Report and Recommendation dated July 13, 2009, has been filed, recommending that the Motion be GRANTED.  (D.E. 10.)  The parties have failed to file objections to the Report.  *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that the failure to file timely objections bars the parties from attacking factual findings on appeal).  Accordingly, the matter is now ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge Simonton's Report and Recommendation of July 13 2009, is RATIFIED, AFFIRMED and ADOPTED, and Defendant's Motion for Attorneys Fees and Costs (D.E. 8) is GRANTED.  Defendant is awarded $3,438.00 in attorney's' fees and $350.00 in costs, for a total award of $3,788.00 to be assessed

against Plaintiff.

    DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of July, 2009.

_/s/ Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Simonton
Counsel of Record